# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)   Case No. 24-mj -288-01-TSM
421 CALEF HIGHWAY, EPPING NH; )
A BLUE 2015 KIA SOUL W/ NH REGISTRATION 4634531; )
AND THE PERSON OF DAVID MENDUM )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____New Hampshire_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a), (c) and (e) | Sexual exploitation of children, and attempts and conspiracies to sexually exploit children; |
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Receipt and attempted receipt of child pornography; |
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) | Possession of and access with intent to view child pornography; |
| 18 U.S.C. § 2422(b) | Coercion and enticement and attempted coercion and enticement of a minor |

The application is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Derek Dunn
*Applicant's signature*

Derek Dunn, HSI, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: **Nov 6, 2024**
*Judge's signature*

City and state: Concord, New Hampshire     Talesha Saint-Marc, U.S. Magistrate Judge
*Printed name and title*